JOHN METCALF v. STATE.
No. A-1396.  Opinion Filed July 9, 1912.
Appeal from Ottawa County Court;
W. Wyatt Quigley, Judge.

. O. F. Mason, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Appellant was convicted in the county court of Ottawa county for the offense of violating the prohibitory liquor laws of the state, and his punishment was assessed at sixty days confinement in the county jail and a fine of two hundred fifty dollars. The evidence for the state clearly established the guilt of appellant. We find no errors of law in the record. The judgment of the lower court is, therefore, affirmed.

---

JOE LEE v. STATE.
No. A-1551.  Opinion Filed July 9, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

PER CURIAM. Appellant was convicted for a violation of the prohibitory liquor law and appealed. On motion of counsel for appellant the appeal in this case is dismissed, and the mandate will issue at once.

---

M. J. MUNDY v. STATE.
No. A-1460.  Opinion Filed July 9, 1912.
Appeal from Pottawatomie County Court;
Ross F. Lockridge, Judge.

M. J. Mundy was convicted of violating the prohibitory law, and appeals. Affirmed.

A. M. Baldwin, C. J. Pittman and A. J. Carlton, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Appellant was convicted in the county court of Pottawatomie county for unlawfully conveying intoxicating liquors from one place in the county to another place in said county, and his punishment was assessed at a fine of fifty dollars and thirty days' confinement in the county jail. The issues involved were clearly submitted to the jury in the instructions of the court. The jury are the exclusive judges of the weight of the evidence and the credibility of the witnesses. As the jury has seen fit to accept the testimony of the state and reject the testimony of the appellant, we cannot do otherwise than affirm this conviction.